RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Shane Lee Lewis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>SHANE LEE LEWIS,<br><br>        Defendant. | Case No. 2:20-CR-303-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Shane Lee Lewis, that the Revocation Hearing currently scheduled on August 5, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

     This Stipulation is entered into for the following reasons:

     1.    Defense counsel has a conflict and will be handling the duty calendar on the day this revocation hearing is scheduled.

     2.    Defense counsel needs additional time to discuss this matter with Mr. Lewis.

3. Mr. Lewis is in custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 1st day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Mina Chang*<br>By_____<br>MINA CHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHANE LEE LEWIS,<br><br>        Defendant. | Case No. 2:20-CR-303-JCM-DJA<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, August 5, 2022 at 10:00 a.m., be vacated and continued to **August 19, 2022, at 11:00 a.m.;** or to a time and date convenient to the court.

      DATED August 1, 2022.

                                          _____
                                          UNITED STATES DISTRICT JUDGE