RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Shane Lee Lewis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANE LEE LEWIS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-303-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Shane Lee Lewis, that the Revocation Hearing currently scheduled on February 24, 2023 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Lewis has a conflict with current revocation hearing, as he is expected to appear for a family court hearing at the same time this hearing is currently scheduled.

2.      Defense counsel needs additional time to discuss this matter with Mr. Lewis and conduct investigation related to case mitigation.

3.      Mr. Lewis is not in custody and does not oppose the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of February, 2023.

RENE L. VALLADARES  
Federal Public Defender

By  */s/ Jacquelyn N. Witt*  
JACQUELYN N. WITT  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By  */s/ Mina Chang*  
MINA CHANG  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-303-JCM-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| SHANE LEE LEWIS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, February 24, 2023 at 11:00 a.m., be vacated and continued to **March 10, 2023, at 11:00 a.m.**; or to a time and date convenient to the court.

DATED February 24, 2023

_____
UNITED STATES DISTRICT JUDGE