RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Shane Lee Lewis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANE LEE LEWIS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00303-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Shane Lee Lewis, that the Revocation Hearing currently scheduled on November 15, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties require additional time for negotiations, which will determine whether this matter will resolve through a joint recommendation to the Court, or will proceed to an evidentiary hearing.

　　　2.　　Mr. Lewis is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 13th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Jacob Operskalski<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANE LEE LEWIS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00303-JCM-DJA<br><br>**ORDER** |

　　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 15, 2023 at 11:00 a.m., be vacated and continued to **December 15, 2023, at 11:00 a.m**.; or to a time and date convenient to the court.

　　　　DATED November 13, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3