RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Shane Lee Lewis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANE LEE LEWIS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00303-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Shane Lee Lewis, that the Revocation Hearing currently scheduled on April 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than One Hundred and Twenty (120) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel requires additional time to conduct independent investigation and review Mr. Lewis' legal options with him to determine whether this matter will resolve short of an evidentiary hearing.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of March, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Jacob Operskalski<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SHANE LEE LEWIS,<br><br>           Defendant. | Case No. 2:20-cr-00303-JCM-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 1, 2024 at 10:30 a.m., be vacated and continued to August 7, 2024 at the hour of 10:30 a.m.; or to a time and date convenient to the court.

DATED March 29, 2024.

_____
UNITED STATES DISTRICT JUDGE